NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK P. SLATTERY, JR. AND LFC NO. 1 CORP., ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL OTHER SIMILARY SITUATED SHAREHOLDERS OF MERITOR SAVINGS BANK,**
*Plaintiffs,*

AND

**STEVEN ROTH AND INTERSTATE PROPERTIES,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**JOHN R. MCCARRON,**
*Movant-Appellant.*

---

2012-5041, -5068

---

Appeals from the United States Court of Federal Claims in 93-CV-280, Senior Judge Loren A. Smith

---

## ON MOTION

---

# ORDER

The United States moves without opposition to consolidate the above-captioned cases and to set a briefing briefing schedule.    The United States asks for the docketing statement for Mr. McCarron's appeal to be filed no later than 14 days after the issuance of this order; appellants' briefs filed no later than April 16, 2012; the appellee's brief no later than 40 days after April 16, 2012 or after service of both appellants' briefs, whichever comes first; reply briefs no later than 14 days after service of the responsive brief; and a joint appendix no later than 7 days after service of any reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion to consolidate is granted.    The revised official caption is reflected above.

(2)   The motion to set a briefing schedule is granted.

FOR THE COURT

**MAR 19 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas M. Buchanan, Esq.
      Brian A. Mizoguchi, Esq.
      Richard J. Urowsky, Esq.
      Jeffrey B. McCarron, Esq.

s24

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 19 2012

JAN HORBALY
CLERK